# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-48-GF-BMM |
| Plaintiff, | **ORDER** |
| vs. | |
| ANTHONY LANDELL GREGORI, | |
| Defendant. | |

Upon Motion of Counsel for Defendant to modify or clarify the recommendation related to Special Condition No. 1 of Mr. Gregori's Supervised Release (Doc. 117, p. 5), the Government having no objections, and good cause appearing;

IT IS HEREBY ORDERD that Special Condition No. 1 shall be modified to allow Mr. Gregori to reside at the Great Falls Transition Center for at least 90 days as a condition of the new term of supervised release to receive intensive substance abuse treatment as a resident of this facility.

DATED this 20th day of August, 2018.

Brian Morris
United States District Court Judge